IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-D-2541 (PAC)

GEOVISION, INC., a Taiwan corporation;
USA VISION SYSTEMS, INC., a California corporation,

      Plaintiff(s),

v.

CENTRAL ALARM SYSTEMS, INC., d/b/a 123CCTV, a Colorado corporation; and STEVEN COCHRAN,

      Defendant(s).
_____

**ORDER OF DISMISSAL**
_____

      The parties have filed a Stipulation for Dismissal, with Prejudice.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

      ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay its own costs and fees incurred herein.

      Dated this 6th day of July, 2005.

                              BY THE COURT:


                              s\ Wiley Y. Daniel
                              Wiley Y. Daniel
                              United States District Judge